# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court
By MGarcia at 3:49 pm, Apr 10, 2020

TERRANCE SIMPSON,

    Plaintiff,

v.

WMT HOUSING, LLC d/b/a
LIVE OAK HOMES; DAN DAVIS;
and TIM HUDSON.

    Defendants.

519-CV-008

## ORDER

Before the Court is the Parties' Stipulation of Dismissal, dkt. no. 39, wherein they inform the Court that they wish to dismiss this action with prejudice. The dismissal complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 10th day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA